UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| United States of America, | ) | Criminal No. 16-257(12) (DWF/TNL) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S MOTION TO SEAL** |
| | ) | **DOCUMENT** |
| John Ng, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, by and through undersigned counsel, hereby moves the Court for an Order sealing specific document in the above-referenced matter.

This Motion is based upon the records and proceedings in this matter.

Dated:  July 19, 2019                                              Respectfully submitted,

*s/Shannon Elkins*

SHANNON ELKINS
Attorney ID No. 332161
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415